UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARTER TOWNSHIP OF PITTSFIELD, et al., | Case No. 24-cv-12062 |
| | Hon. F. Kay Behm |
| Plaintiff, | United States District Judge |
| v. | |
| | Hon. Curtis Ivy, Jr. |
| MICHIGAN DEPARTMENT OF TRANSPORTATION, et al., | U.S. Magistrate Judge |
| Defendants. | |
| _____ / | |

ORDER REGARDING STAY AND REQUIRING A
WRITTEN STATUS REPORT

On September 25, 2024, the above case was stayed pending resolution of and issuance of the mandate in *Pittsfield Charter Twp. v. Federal Aviation Administration, Case No. 23-1336*, currently pending in the U.S. Court of Appeals for the District of Columbia Circuit. That matter appears to currently be held in abeyance until November 2026.

IT IS ORDERED that parties file a joint status report within 21 days of this order. The status report should also indicate whether parties still believe that the resolution of the District of Columbia Circuit matter will have an impact on any or all of the claims in this case and indicate whether this stay should remain in effect.

As previously ORDERED in the Stipulation and Order Staying Case (ECF No. 13), the parties will file a stipulation and proposed order to lift the stay within 14 days after the District of Columbia Circuit issues its mandate in that case.

**SO ORDERED.**

Date: September 16, 2025

<u>s/F. Kay Behm</u><br>
F. Kay Behm<br>
United States District Judge