IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARTER TOWNSHIP OF PITTSFIELD, MICHIGAN, a Municipal Corporation, and COMMITTEE FOR PRESERVING COMMUNITY QUALITY, INC., a Michigan Not-for-Profit Corporation, and JOHN and JANE DOES 1 – 100,

Plaintiffs,

v.

MICHIGAN DEPARTMENT OF TRANSPORTATION; BRADLEY C. WIEFERICH, in his capacity as Director, Michigan Department of Transportation; and the CITY OF ANN ARBOR, MICHIGAN,

Defendants.
________________________________________/

Case No. 4:24-cv-12062

Hon. F. Kay Behm

Mag. Curtis Ivy, Jr.

**ORDER CONTINUING STAY AND REQUIRING FURTHER STATUS REPORT**

Based on the parties' Joint Status Report filed November 13, 2026, and the Court being otherwise apprised of the premises, it is HEREBY ORDERED that this case remains stayed pending resolution of and issuance of the mandate in *Pittsfield Charter Twp. v. Federal Aviation Administration*, Case No. 23-1336, currently pending in the U.S. Court of Appeals for the District of Columbia Circuit.

IT IS FURTHER ORDERED that the parties will file a joint status report within 14 days after the date on which the parties in *Pittsfield Charter Twp. v. Federal Aviation Administration* file motions to govern future proceedings in that case.

As previously ORDERED, the parties will file a stipulation and proposed order to lift the stay of this case within 14 days after the District of Columbia Circuit issues its mandate in *Pittsfield Charter Twp. v. Federal Aviation Administration*.

IT IS SO ORDERED.

Date: November 20, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge